**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HARRIET STEIN,<br><br>       Plaintiff<br><br>v.<br><br>ALBERTSONS LLC,<br><br>       Defendant | Case No.: 2:23-cv-00001-APG-VCF<br><br>**Order Deeming Order to Show Cause Satisfied** |

In light of defendant Albertsons LLC's response to the order to show cause (ECF No. 8),

I ORDER that the order to show cause (ECF No. 7) is satisfied and I will not remand this action to the state court for lack of subject matter jurisdiction at this time.

DATED this 12th day of January, 2023.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE