Jack P. Burden, Esq.
Nevada State Bar No. 6918
Lisa Szyc, Esq.
Nevada State Bar No. 11726
Dallin Knecht, Esq.
Nevada State Bar No. 16362
**BACKUS | BURDEN**
3050 South Durango Drive
Las Vegas, NV 89117
(702) 872-5555
(702) 872-5545
jburden@backuslaw.com
lisaszyc@backuslaw.com
dallinknecht@backuslaw.com
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HARRIET STEIN, an individual, | 2:23-cv-00001-APG-VCF |
| Plaintiff, | **STIPULATION AND ORDER RE DISMISSAL WITH PREJUDICE** |
| vs. | |
| ALBERTSON'S LLC, a Foreign Limited Liability Company; DOES I-X; and ROE CORPORATIONS I-X, inclusive, | |
| Defendants. | |

Plaintiff HARRIET STEIN, by and through her counsel of record Kevin M. Hanratty, Esq, of Hanratty Law Group and Defendant ALBERTSON'S LLC by and through its counsel of record Jack P. Burden, Esq., Lisa Szyc, Esq, and Dallin Knecht, Esq., of BACKUS | BURDEN, hereby stipulate to dismiss all claims that have been brought and/or could have been brought in the above titled litigation *with* prejudice.

This dismissal *does* completely resolve this entire matter.

Plaintiff and Defendant hereby further stipulate and agree that each party shall bear its own attorneys' fees and costs.

This case has not been set for trial.

This stipulation is entered into in good faith, in the interests of judicial economy and not for the purpose of delay.

| DATED:   NOVEMBER. 3, 2023 | DATED:   NOVEMBER. 3, 2023 |
|---|---|
| **BACKUS│BURDEN** | **HANRATTY LAW GROUP** |
| /s/ Jack P. Burden | /s/ Kevin M. Hanratty |
| Jack P. Burden, Esq. | Kevin M. Hanratty, Esq. |
| 3050 South Durango Drive | 1815 Village Center Circle #140 |
| Las Vegas, Nevada 89117 | Las Vegas, NV 89134 |
| (702) 872-5555 | Phone: (702) 821-1379 |
| (702) 872-5545 | Fax: (702) 870-1846 |
| jburden@backuslaw.com | kevinh@hanrattylawgroup.com |
| *Attorneys for Defendant* | *Attorney for Plaintiff* |
| *Albertson's LLC* | *Harriet Stein* |

### ORDER- 2:23-cv-00001-APG-VCF

The parties have stipulated and agree to the dismissal of Defendant Albertson's LLC in this matter as set forth in the stipulation, and good cause appearing:

IT IS HEREBY ORDERED that all claims that have been brought and/or could have been brought by Plaintiff against Defendant in the above-titled litigation are DISMISSED *WITH* PREJUDICE. This stipulated dismissal ***DOES*** resolve the entire matter. Each party to this dismissal is to bear their own respective attorney's fees and costs incurred herein.

**IT IS SO ORDERED.**

DATED this   7th   day of   November  , 2023

_____
U.S. DISTRICT COURT JUDGE